UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Kevin G. McDonald, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
Attorneys for Deutsche Bank National Trust Company, as
Trustee, in trust for registered Holders of Long Beach Mortgage
Loan Trust 2005-WL3, Asset-Backed Certificates, Series 2005-
WL3

Case No: 19-10869 JKS

In Re:
Mario L. Stanley

                    Debtor

Chapter: 13

Judge: John K. Sherwood

## NOTICE OF APPEARANCE

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL3, Asset-Backed Certificates, Series 2005-WL3.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


Date:01/18/2019                          **/s/ Kevin G. McDonald, Esquire**
                                         Kevin G. McDonald, Esquire
                                         **KML Law Group, P.C.**
                                         216 Haddon Avenue, Ste. 406
                                         Westmont, NJ 08108
                                         (609) 250-0700 (NJ)
                                         (215) 627-1322 (PA)
                                         FAX: (609) 385-2214
                                         **Attorney for Movant/Applicant**

*new 8/1/15*