UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Camille J Kassar
Law Offices of Camille Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296 Fax : 973-860-2448
Email: ckassar@locklawyers.com

In Re:

Mario L. Stanley

Case No.: _____19-10869_____

Chapter: _____13_____

Judge: _____JKS_____

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: _____6 Carrington Place, Clifton, NJ 07013_____

Creditor is the holder of: ☑ first mortgage or ❏ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1.a and VII.B.

Creditor ____Select Portfolio Servicing_____ Amount: $ ____1,525.26____ Due date: ____04/15/2019____

❏ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: 03/15/2019                                    /s/Mario L. Stanley
                                                   Debtor

Date: _____                              _____
                                                   Joint Debtor (if any)

**Debtor Information:**

Print full name: Mario L. Stanley

Mailing address: 6 Carrington Place, Clifton, NJ 07013

Telephone number: _____

Email address (if any): _____

**Debtor's Attorney Information:**

Name: Camille J Kassar

Address: 271 Route 46 West  Suite C-102  Fairfield, NJ 07004

Telephone number: 973-227-3296        Fax number: 973-860-2448

Email address (if any): Email: ckassar@locklawyers.com

**Creditor Information: (if known)**

Name: Select Portfolio Servicing

Address: Po Box 65250, Salt Lake City, UT 84165

Telephone number: _____    Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: KML Law Group, P.C.

Address: 216 Haddon Ave, Ste 406, Westmont, NJ 08108

Telephone number: _____    Fax number: _____

Email address (if any): _____

**Pursuant to Section V.A.1.a. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*Revised 9/19/13*