Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  19−10869−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario L Stanley
   6 Carrington Place
   Clifton, NJ 07013−3000

Social Security No.:
   xxx−xx−0262

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/4/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 4, 2019
JAN: zlh

                                                     Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-10869-JKS
Mario L Stanley                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 04, 2019
                              Form ID: 148             Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
```
db              +Mario L Stanley,    6 Carrington Place,    Clifton, NJ 07013-2657
cr              +BROMLEY GREEN AT CAMBRIDGE CROSSING CONDOMINIUM AS,    c/o Buckalew Frizzell$& Crevina LLP,
                 55 Harristown Rd., Ste 205,    Glen Rock, NJ  07452,    UNITED STATES 07452-3303
518119675       +Bromley Green at Cambridge Crossing Condominium As,    Buckalew Frizzell & Crevina LLP,
                 Heritage Plaza I,    55 Harristown Rd., Ste 205,    Glen Rock, NJ 07452-3303
518132538        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2019 21:43:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2019 21:43:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: CHRM.COM Apr 05 2019 02:24:00      Santander Consumer USA Inc. dba Chrysler Capital,
                 PO Box 961278,    Ft. Worth, TX 76161-0278
cr              +EDI: RMSC.COM Apr 05 2019 02:23:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517969468       +EDI: GMACFS.COM Apr 05 2019 02:23:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
518139153        EDI: GMACFS.COM Apr 05 2019 02:23:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
518070148        EDI: BECKLEE.COM Apr 05 2019 02:23:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518051107        EDI: RESURGENT.COM Apr 05 2019 02:23:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517969469       +EDI: CAPITALONE.COM Apr 05 2019 02:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518007397       +EDI: AIS.COM Apr 05 2019 02:23:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517973522       +E-mail/Text: bankruptcy@cavps.com Apr 04 2019 21:43:27      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518000771       +EDI: CHRM.COM Apr 05 2019 02:24:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
518143058       +E-mail/Text: jennifer.chacon@spservicing.com Apr 04 2019 21:43:35
                 Deutsche Bank National Trust Company, Et Al.,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
518048294       +EDI: MID8.COM Apr 05 2019 02:23:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518040759       +E-mail/Text: ecfbankruptcy@progleasing.com Apr 04 2019 21:43:26      NPRTO Texas, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
518006616        EDI: Q3G.COM Apr 05 2019 02:23:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA  98083-0788
518163934       +E-mail/Text: mary@rabperformance.com Apr 04 2019 21:43:29      RAB Performance Recoveries, LLC,
                 700 KINDERKAMACK ROAD, SUITE 211,    ORADELL, NJ 07649-1533
517969471       +EDI: DRIV.COM Apr 05 2019 02:23:00      Santander Consumer USA,    Attn: Bankruptcy,
                 Po Box 961245,    Fort Worth, TX 76161-0244
517969472       +E-mail/Text: jennifer.chacon@spservicing.com Apr 04 2019 21:43:35
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
517971920       +EDI: RMSC.COM Apr 05 2019 02:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517969473       +EDI: WFFC.COM Apr 05 2019 02:23:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                                TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517969470*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2            User: admin                Page 2 of 2              Date Rcvd: Apr 04, 2019
                                Form ID: 148               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Camille J Kassar    on behalf of Debtor Mario L Stanley ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com
              David George Frizzell, I    on behalf of Creditor    BROMLEY GREEN AT CAMBRIDGE CROSSING
               CONDOMINIUM ASSOCIATION, INC. dfrizzell@lawnj.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```